IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00930-MSK-OES

EL PASO CORPORATION, a Delaware corporation,
COLORADO INTERSTATE GAS COMPANY, a Delaware corporation,
TENNESSEE GAS PIPELINE COMPANY, a Delaware corporation,
EL PASO NATURAL GAS COMPANY, a Delaware corporation,
CHEYENNE PLAINS GAS PIPELINE COMPANY, LLC, a Delaware limited liability company,

    Plaintiffs,

v.

TURCO VALVE SUPPLY, INC., a Pennsylvania corporation, and
BRDR. CHRISTENSENS HANER A/S, a Denmark corporation,

    Defendants.

_____

### ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 5th day of October, 2005.

        **BY THE COURT:**

        _____
        Marcia S. Krieger
        United States District Judge